Commonwealth *v.* Bennett, Appellant.

Argued June 14, 1974. *Roger J. Harrington*, with him *John J. O'Brien, Jr.*, for appellant; *Mark Sendrow*, Assistant District Attorney, with him *John H. Isom, David Richman*, and *Steven Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Brown, Appellant.

Argued June 13, 1974. *Peter T. Campana*, Assistant Public Defender, with him *John A. Felix*, Public Defender, for appellant; *William S. Kieser*, Assistant District Attorney, with him *Allen E. Ertel*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.